UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOSEPH ALLDREDGE,<br><br>Plaintiff,<br><br>v.<br><br>JERRY BROWN, et al.,<br><br>Defendants. | Case No. 18-cv-07219-LB<br><br>**ORDER OF TRANSFER**<br><br>Re: ECF No. 1 |

Joseph Alldredge filed this *pro se* civil rights action complaining about events and omissions occurring at the R. J. Donovan Correctional Facility, located in San Diego County and within the venue of the Southern District of California. Two of the defendants work at that prison and apparently reside in the Southern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Southern District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California.

**IT IS SO ORDERED.**

Dated: January 4, 2019

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 18-cv-07219-LB